# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiffs,**

**v.**                                      **CASE NO.: 5:19-cv-548-CEM-PRL**

**THE FLORIDA DEPARTMENT OF
CORRECTIONS, KEITH TURNER,
and RYAN DIONNE,**

    **Defendants.**

_____/

## PLAINTIFF'S NOTICE OF MOOTNESS

**COMES NOW**, Plaintiff, Cheryl Weimar, by and through the undersigned counsel, hereby files this Notice of Mootness stating as follows:

1. On December 3, 2019, Plaintiff filed her Emergency Motion for a Preliminary Injunction, requesting that Plaintiff be transferred to an outside medical facility so that she could receive the treatment necessary for her medical conditions, chiefly her quadriplegia and illnesses flowing it.

2. On Wednesday, December 4, 2019, the Magistrate held a brief case management hearing in response to the Emergency Motion discussing the case, setting a briefing schedule, and setting a hearing on the Motion.

3. Subsequent to the hearing, on Thursday morning, December 5, 2019, undersigned counsel learned that the Plaintiff was transferred to an outside medical

facility. Undersigned counsel has requested the name of the facility and the basis for transfer from counsel for FDC, but has not yet received a response.

4. At approximately 8:00 a.m. on Friday, December 6, 2019, FDC informed undersigned counsel that Plaintiff is still at an outside medical facility. A date of her return to the Women's Reception Center was unknown and not provided to the undersigned.

5. At this time, due to the Plaintiff being currently located at an outside medical facility, and the fact that she is likely getting the care sought in the Emergency Motion, Plaintiff asserts that the Motion, including its emergency nature, is moot. Once undersigned counsel speaks to the Plaintiff and is able to obtain the medical records from the outside hospital that Plaintiff is currently located at, Plaintiff and undersigned counsel will only then be able to determine if the relief requested is still needed. Thus, this Motion should be denied as moot due to Plaintiff's transfer and current placement at an outside medical facility, which, to the best of undersigned's knowledge and information, occurred subsequent to the filing of the Motion and the Magistrate's scheduling conference and Order dated December 4, 2019.

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ Steven R. Andrews*

2

        STEVEN R. ANDREWS (FBN: 0263680)
        steve@andrewslaw.com

        */s/ Ryan J. Andrews*
        RYAN J. ANDREWS (FBN: 0104703)
        ryan@andrewslaw.com
        JOHN M. VERNAGLIA (FBN: 1010637)
        john@andrewslaw.com
        service@andrewslaw.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic service on this 6th day of December, 2019, to:

| | |
|---|---|
| Thomas Gonzalez, Esq. | Thomas R. Thompson, Esq. |
| Nathan Paulich, Esq. | Mallory R. Bennett, Esq. |
| Gray Robinson, P.A. | Thompson, Crawford & Smiley |
| 401 East Jackson Street, Suite 2700 | 1330 Thomasville Road |
| Tampa, FL 33602 | Tallahassee, FL 32303 |
| Thomas.gonzalez@gray-robinson.com | tom@tcslawfirm.net |
| Nathan.paulich@gray-robinson.com | mallory@tcslawfirm.net |
| Sherry.Knox@gray-robinson.com | rebecca@tcslawfirm.net |
| Laura.Stillwell@gray-robinson.com | karen@tcslawfirm.net |
| Karen.Harris@gray-robinson.com | *Counsel for Defendant R. Dionne* |
| *Counsel for Defendant FDC* | |

Robert B. Buchanan, Esq.
Siboni & Buchanan, PLLC
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
rbuchanan@sbtrial.com
aperry@sbtrial.com
*Counsel for Defendant K. Turner*

        */s/ Steven R. Andrews*
        STEVEN R. ANDREWS