# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiff,**

**v.**                                          **Case No: 5:19-cv-548-Oc-CEMPRL**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, KEITH TURNER and**
**RYAN DIONNE,**

    **Defendants.**

## ORDER

On December 12, 2019, the Court held a hearing on Plaintiff's Motion to Permit Plaintiff's Representatives to Interview Inmate Witnesses (Doc. 55) and Defendant Florida Department of Corrections' Response in Opposition (Doc. 65). For reasons stated on the record, Plaintiff's Motion (Doc. 55) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 13th day of December 2019.

*/s/ P. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record