# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiff,**

v                                                    Case No:  5:19-cv-548-Oc-41PRL

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, KEITH TURNER,**
**RYAN DIONNE,**

    **Defendants.**

| JUDGE: | Judge Philip Lammens | COUNSEL FOR PLAINTIFF | Steven Andrews |
|---|---|---|---|
| DEPUTY CLERK: | Mari Jo Taylor | | |
| COURT REPORTER | DIGITAL | COUNSEL FOR DEFENDANTS: | Nathan Paulich (FDOC)<br>Robert Buchanan (Turner)<br>Mallory Bennett (Dionne-telephonic) |
| DATE/TIME: | December 12, 2019<br>09:02 am – 09:44 am<br>42 minutes | | |

## CLERK'S MINUTES – MOTION TO PERMIT PLAINTIFF'S REPRESENTATIVES TO INTERVIEW INMATE WITNESSES
## (Doc. 55)

Discussions with counsel regarding the motion.

**ORDER TO ENTER**