## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiffs,**

**v.**                                                     **CASE NO.: 5:19-cv-548-CEM-PRL**

**THE FLORIDA DEPARTMENT OF
CORRECTIONS, KEITH TURNER,
and RYAN DIONNE,**

    **Defendants.**

_____/

### NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation for the above styled cause has been

scheduled before Dominic Caparello, Esquire, to commence at the time and place

described below:

| | |
|---|---|
| DATE: | February 25, 2020 |
| TIME: | 10:00 a.m. |
| PLACE: | Messer Caparello P.A.<br>2618 Centennial Place<br>Tallahassee, FL 32308-0572<br>850-222-0720 |

This is a separate mediation that the parties agreed to prior to the Court's

Case Management and Scheduling Order [EFC No.: 69]. Should it become

necessary, the parties will address mediation with the Court by subsequent motion.

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ Steven R. Andrews*
STEVEN R. ANDREWS (FBN: 0263680)
steve@andrewslaw.com

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS (FBN: 0104703)
ryan@andrewslaw.com
JOHN M. VERNAGLIA (FBN: 1010637)
john@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

served by electronic service on this 30th day of December, 2019, to:

Thomas Gonzalez, Esq.              Thomas R. Thompson, Esq.
Nathan Paulich, Esq.                Mallory R. Bennett, Esq.
Gray Robinson, P.A.                 Thompson, Crawford & Smiley
401 East Jackson Street, Suite 2700   1330 Thomasville Road
Tampa, FL 33602                    Tallahassee, FL 32303
Thomas.gonzalez@gray-robinson.com  tom@tcslawfirm.net
Nathan.paulich@gray-robinson.com    mallory@tcslawfirm.net
Sherry.Knox@gray-robinson.com       rebecca@tcslawfirm.net
Laura.Stillwell@gray-robinson.com    karen@tcslawfirm.net
Karen.Harris@gray-robinson.com      *Counsel for Defendant R. Dionne*
*Counsel for Defendant FDC*

Robert B. Buchanan, Esq.
Siboni & Buchanan, PLLC
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
rbuchanan@sbtrial.com
aperry@sbtrial.com
*Counsel for Defendant K. Turner*

                                    */s/ Ryan J. Andrews*
                                    Ryan J. Andrews

cc:   Thomas H. Bateman, III, Esq.
       tbateman@lawfla.com
       tweiss@lawfla.com