## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiff,**

v.                                                                     **Case No. 5:19-cv-548-Oc-41PRL**

**THE FLORIDA DEPARTMENT
OF CORRECTIONS, KEITH
TURNER, and RYAN DIONNE,**

    **Defendants.**

_____/

## ORDER

      This prisoner civil rights case is before the Court on Plaintiff's Second Amended Complaint, filed on October 31, 2019. (Doc. 35). In it, Plaintiff alleges that the two named officers violated her Eighth Amendment right to be free from cruel and unusual punishment (Count I), and that the Florida Department of Corrections violated her rights under the Americans with Disabilities Act (Count II) and the Rehabilitation Act (Count III), both of which prohibit discrimination.

      Pending before the Court now is a motion styled: Verified Motion for Protective Order, filed by non-party Securus Technologies, Inc. ("Securus"). (Doc. 71). The motion notes that the parties have agreed to the protective order except for paragraph C(2)(f), which deals with the disclosure of information to witnesses who do not sign Exhibit A, which confirms compliance with the protective order. *See* Doc. 71-1 at 7. The protective order does not prohibit the disclosure of this information to witnesses that refuse to sign Exhibit A but allows the parties to return to Court for a determination of the need for disclosure. The protective order is limited to the needs of this

case and does not impose an undue burden on the parties given the nature of the material, including phone calls witnesses may not be a party to.

Accordingly, the Motion for Protective Order (Doc. 71) is **GRANTED**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 14th day of January 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Counsel of Record