**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHERYL WEIMAR,**

    **Plaintiff,**

vs.    CASE NO.: 5:19-cv-548-CEM-PRL

**THE FLORIDA DEPARTMENT OF CORRECTIONS, KEITH TURNER, and RYAN DIONNE,**

    **Defendants.**

_____/

## NOTICE OF APPEARANCE

Eliot B. Peace, Esq. of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance as counsel for the limited purpose of representing a non-party, deponent Debra Coats, RN, ("**Nurse Coats**") for any and all discovery-related purposes associated with his matter, and requests that, all future pleadings, correspondences, notices, and the like pertaining to Nurse Coats, be served upon:

| | |
|---|---|
| Eliot B. Peace, Esq. | epeace@bradley.com (Primary) |
| Michelle Newman | mnewman@bradley.com (Secondary) |
| Anne Deuter | adeuter@bradley.com (Secondary) |

Respectfully Submitted,

*/s/ Eliot B. Peace*
Eliot B. Peace (FBN 124805)
Primary Email: epeace@bradley.com
Secondary Email: mnewman@bradley.com
Secondary Email: adeuter@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500 | Fax: (813) 229-5946
**Counsel for Debra Coats, RN, Non-Party**

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

*/s/ Eliot B. Peace*
**Counsel for Debra Coats, RN, Non-Party**