# AFFIDAVIT OF VICTORIA SCIFO

I, VICTORIA SCIFO, hereby swear and affirm the following as true and correct:

1. My name is Victoria Scifo. I am over 18 yrs in age. I am a resident of Marion County, Florida. I am relocating tomorrow to ~~[redacted]~~ another County in Florida. VS

2. On September 20, 2019 I was released from Lowell Correctional Work Camp. I served my sentence and earned a sentence reduction for successful participation in the boot camp.

3. Prior to my release from prison VS ~~[redacted]~~, I witnessed an inmate known as Cheryl be brutally beaten by two guards. I saw Lt. Turner and Officer Ryan Dionne with Cheryl coming out of A Dorm. Cheryl was handcuffed from behind.

4. Another inmate stated, "Did you hear that?" It drew my attention to look up. When I looked up I saw Ryan Dimne and Lt. Turner with Cheryl. Cheryl was yelling, "Ow that hurts," "Please, that hurts." She was being completely compliant and not kicking or acting out while cuffed.

5. Lt. Turner threw Cheryl to the ground. Once Cheryl was on the ground, Ryan Dimne held one shoulder. Lt. Turner held the other shoulder. Lt. Turner kneed Cheryl in the neck approximately three times.

6. As I stood paralyzed watching these events, I became more scared because Cheryl was eerily soundless and motionless. Her head hit the ground before her body when Turner threw her down. I thought Cheryl was dead.

7. Ryan Dimne and Lt. Turner grabbed Cheryl from her cuffed arms and drug her to another building.

7. cont.
While Ryan Dionne and Turner drug Cheryl, she was motionless and her head bobbled like a rag doll. Her eyes were rolled back.

8. I ran inside my dorm and immediately reported to Officer Tameka Woods, "She's dead, she's dead, Cheryl's dead!" I begged Officer Woods to look out the window and render aid. Ms. Woods responded, "I don't see anything." "I'm not getting involved." I told Ms. Woods that was "fucked up" that she would not help this poor woman. Ms. Woods instructed us to all get inside the dorm.

9. As we stayed in the day room we could hear Ryan Dionne or Lt. Turner ask for the camera over the radio. Ms. Woods commented, "Why the hell ya'll calling for the camera now?"

10. At this point the compound was shut down. I could see people going to medical dorm where they drug Cheryl to. Nurse Waters was in medical. Female Lt. Bennenhoff (sp?) brought the camera.

11. On numerous occassions Ms. Woods stated, "that girl was already disabled, they just disabled her more." It was common knowledge at the work camp that Cheryl was disabled mentally and physically. Cheryl was a dorm cleaner. Ms. Woods stated, "she's already disabled, that's why she's not on a real work crew.

12 Later on the same day of incident, Officer Dimne spoke w/ Ms. Woods. Ryan Dimne stated he had to use force on the inmate and "beat her stupid" because she couldn't clean a toilet. Ms. Woods told Ryan Dimne she did not want to

hear it or be involved.

13. Approximately one week later I was interviewed by OIG investigator Green. I thought he came to question me about what I saw about them trying to kill Cheryl. He was there for another matter. I told him about Cheryl and he said he would listen off the record. I do not believe he took any notes or recorded my statement. He said FDLE would come to talk to me.

14. On another day FDLE came to talk to witnesses. They never spoke to me or the other eye witnesses.

15. I would have told the FDLE investigators everything I know had I been asked. I waved to get their attention.

16. On September 21, 2019 I was interviewed by Monica Jordan. I wanted to tell anyone that would listen what I saw. Ms. Jordan

prepared this statement based on what I told her. This statement is true, accurate and voluntary. I have not been promised, threatened or coerced to provide any statement. ~~As stat~~ I understand Ms. Jordan is working on behalf of counsel for the beaten lady I know as Cheryl.

Further AFFIANT SAYETH NAUGHT

*Victoria Scifo* (signature)

Victoria Scifo

Sworn to and subscribed before me this day of September 21, 2019. Affiant provided the following Identification: S100-861-99-666-0

*(signature)*
NOTARY PUBLIC

MONICA L. JORDAN
Commission # GG 326430
Expires August 1, 2023
Bonded Thru Troy Fain Insurance 800-385-7019