**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**CHERYL WEIMAR,**

    Plaintiffs,

v.                                **CASE NO.: 5:19-cv-548-CEM-PRL**

**THE FLORIDA DEPARTMENT OF
CORRECTIONS, KEITH TURNER,
and RYAN DIONNE,**

    Defendants.

_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation for the above styled cause has been scheduled before Gary H. Larsen, Esquire, to commence at the time and place described below:

    DATE:        March 24, 2020

    TIME:        1:30 p.m.

    PLACE:      Gray Robinson, P.A.
                      401 East Jackson Street, Suite 2700
                      Tampa, FL 33602

                              Respectfully submitted,

                              **ANDREWS LAW FIRM**
                              822 North Monroe Street
                              Tallahassee, Florida 32303
                              T: (850) 681-6416 / F: 681-6984

*/s/ Steven R. Andrews*
STEVEN R. ANDREWS (FBN: 0263680)
steve@andrewslaw.com

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS (FBN: 0104703)
ryan@andrewslaw.com
JOHN M. VERNAGLIA (FBN: 1010637)
john@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic service on this 3rd day of March, 2019, to:

| | |
|---|---|
| Thomas Gonzalez, Esq. | Thomas R. Thompson, Esq. |
| Nathan Paulich, Esq. | Mallory R. Bennett, Esq. |
| Gray Robinson, P.A. | Thompson, Crawford & Smiley |
| 401 East Jackson Street, Suite 2700 | 1330 Thomasville Road |
| Tampa, FL 33602 | Tallahassee, FL 32303 |
| Thomas.gonzalez@gray-robinson.com | tom@tcslawfirm.net |
| Nathan.paulich@gray-robinson.com | mallory@tcslawfirm.net |
| Sherry.Knox@gray-robinson.com | rebecca@tcslawfirm.net |
| Laura.Stillwell@gray-robinson.com | karen@tcslawfirm.net |
| Karen.Harris@gray-robinson.com | *Counsel for Defendant R. Dionne* |
| *Counsel for Defendant FDC* | |

Robert B. Buchanan, Esq.
Siboni & Buchanan, PLLC
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
rbuchanan@sbtrial.com
aperry@sbtrial.com
*Counsel for Defendant K. Turner*

                                                */s/ Ryan J. Andrews*
                                                RYAN J. ANDREWS

cc:    Gary H. Larsen, Esquire
         corourke@dglawyers.com