**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHERYL WEIMAR,**

    **Plaintiff,**

v.                                                   **CASE NO.: 5:19-cv-548-CEM-PRL**

**THE FLORIDA DEPARTMENT OF**
**CORRECTIONS, KEITH TURNER,**
**and RYAN DIONNE,**

    **Defendants.**
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY**
**IN SUPPORT OF MOTION FOR ADVERSE INFERENCES**

COMES NOW, Plaintiff, Cheryl Weimar, by and through the undersigned counsel, and pursuant to M.D. Fla. Loc. R. 3.01(d), respectfully seeks leave file Reply in Support of her Motion for Adverse Inferences, and states as follows:

1.    On February 14, 2020, Plaintiff filed her Motion for Adverse Inferences Against Defendant Florida Department of Corrections ("FDC"), ECF No. 88.

2.    On February 28, 2020, FDC filed its Response in Opposition to Plaintiff's Motion for Adverse Inference, ECF No. 91.

3.    Upon review of FDC's Response, Plaintiff now seeks leave to file a Reply in order to address arguments raised in FDC's Response that were not addressed in Plaintiff's Motion or otherwise extend beyond the matters addressed in Plaintiff's Motion. Specifically, FDC argues that this Court is precluded from

1

drawing any adverse inferences against FDC because a dispute exists as to which legal standard applies for holding FDC liable under the ADA and/or RA based on the acts or omissions of its employees. However, this argument erroneously conflates issues pertinent to Plaintiff's Motion with those pertinent to Plaintiff's claims. As such, the proposed Reply seeks to address this new argument and issue which FDC has injected into the analysis, and the effect is has on deciding Plaintiff's Motion for Adverse Inferences.

4. The estimated length of the proposed Reply is five (5) pages.

5. Counsel for Plaintiff has conferred with counsel for FDC, who advised that FDC <u>opposes</u> Plaintiff's request for leave to file a Reply.[1] Notwithstanding FDC's opposition, Plaintiff has demonstrated good cause for requesting leave to file a Reply based on the new arguments and issues raised in FDC's Response.

WHEREFORE, Plaintiff respectfully moves this Court for an Order granting Plaintiff leave to file a Reply in support of her Motion for Adverse Inferences.

[*Signatures on following page*]

---

[1] Because FDC objected without explanation, Plaintiff was unable to respond to the objection substantively for purposes of this Motion. However, Plaintiff presumes that FDC objects because it does not want Plaintiff to address FDC's erroneous or misplaced arguments and reasoning, which are wholly unrelated to the merits of Plaintiff's Motion and only add confusion to the analysis rather than inform it.

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN: 0263680)
RYAN J. ANDREWS (FBN: 0104703)
JOHN M. VERNAGLIA (FBN: 1010637)
steve@andrewslaw.com
ryan@andrewslaw.com
john@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Rule 3.01(g) of the Local Rules of the Middle District of Florida, the undersigned has conferred in writing with counsel for Defendant FDC regarding this Motion, and reports that Defendant FDC <u>oppose</u> the relief requested herein.

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2020, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS