UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiff,**

v.                                                                                    CASE NO.: 5:19-cv-548-CEM-PRL

**THE FLORIDA DEPARTMENT OF
CORRECTIONS, KEITH TURNER,
and RYAN DIONNE,**

    **Defendants.**

_____/

### PLAINTIFF'S MOTION TO SEAL CONFIDENTIAL VIDEOS

COMES NOW, Plaintiff, Cheryl Weimar, by and through the undersigned counsel, files this Motion to Seal Confidential Videos and states as follows:

1. On March 16, 2020, Plaintiff filed a Motion to take Additional Depositions [ECF No. 98].

2. Plaintiff would like to file fixed wing and hand held videos in support of the Motion. It shows nearly two dozen women who are eyewitnesses who are also visibly distraught by what they saw and heard. At this time, the videos are confidential pursuant to the Confidentiality Agreement between the parties and thus can only be filed under seal.

3. Specifically, Plaintiff directs the Court to the first three minutes of "HandHeld 1". Further, Plaintiff directs the Court to "WC gate" where a large

number of inmates who were eyewitnesses can be seen watching the incident, which occurred out of the view of this camera.

WHEREFORE, Plaintiff, Cheryl Weimar, requests this Court enter an order allowing Plaintiff to file the fixed wing and hand held videos of the incident under seal in support of her Motion to take Additional Depositions [ECF No. 98].

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN: 0263680)
RYAN J. ANDREWS (FBN: 0104703)
JOHN M. VERNAGLIA (FBN: 1010637)
steve@andrewslaw.com
ryan@andrewslaw.com
john@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to M.D. Fla. Loc. R. 3.01(g), the undersigned has conferred with counsel for Defendants in writing and reports that counsel for Defendants have no objection to the relief sought in this Motion.

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic service on this 9th day of April, 2020, to:

Thomas Gonzalez, Esq.
Nathan Paulich, Esq.
Gray Robinson, P.A.
401 East Jackson Street, Suite 2700
Tampa, FL 33602
Thomas.gonzalez@gray-robinson.com
Nathan.paulich@gray-robinson.com
Sherry.Knox@gray-robinson.com
Laura.Stillwell@gray-robinson.com
Karen.Harris@gray-robinson.com
*Counsel for Defendant FDC*

Robert B. Buchanan, Esq.
Siboni & Buchanan, PLLC
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
rbuchanan@sbtrial.com
aperry@sbtrial.com
*Counsel for Defendant K. Turner*

Thomas R. Thompson, Esq.
Mallory R. Bennett, Esq.
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
tom@tcslawfirm.net
mallory@tcslawfirm.net
rebecca@tcslawfirm.net
karen@tcslawfirm.net
*Counsel for Defendant R. Dionne*

　　　　　　　　　　　*/s/ Ryan J. Andrews*
　　　　　　　　　　　RYAN J. ANDREWS