# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiff,**

v.                                                                        **Case No: 5:19-cv-548-Oc-41PRL**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, KEITH TURNER and**
**RYAN DIONNE,**

    **Defendants.**

## ORDER

Pending before the Court now are Plaintiff's partially unopposed amended motion for mediation conference (Doc. 148) and Defendant's unopposed motion to extend the mediation deadline by thirty (30) days (Doc. 150). Based on the hearing today, the motion for mediation before a magistrate judge (Doc. 148) is **DENIED without prejudice** and the motion to extend time for mediation (Doc. 150) is **GRANTED**. The parties shall conduct the mediation before the private mediator by **July 15, 2020**.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 28th day of May 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record