UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiff,**

v.                                          CASE NO.: 5:19-cv-548-CEM-PRL

**THE FLORIDA DEPARTMENT OF
CORRECTIONS, KEITH TURNER,
and RYAN DIONNE,**

    **Defendants.**

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

COMES NOW, Plaintiff, Cheryl Weimar, by and through the undersigned counsel, and pursuant to M.D. Fla. Loc. R. 3.01(d), respectfully seeks leave file Reply in Support of Her Motion for Protective Order, and states as follows:

1.    On June 9, 2020, Plaintiff filed her Motion for Protective Order against FDC. ECF No. 157.

2.    On June 23, 2020, FDC Filed its Response in Opposition. ECF No. 162.

3.    Upon review of FDC's Response, Plaintiff now seeks leave to file a Reply in order to address arguments raised in FDC's Response that were not addressed in Plaintiff's Motion or otherwise extend beyond the matters addressed in Plaintiff's Motion. Specifically, (1) FDC mischaracterizes Plaintiff's arguments and the supporting factual basis, including how Darlene Monk and Karl Weimar have no

1

personal knowledge concerning the issues remaining in the case; (2) FDC mischaracterizes the State Court's ruling concerning Darlene Monk's testimony, which was not based on whether Ms. Monk had relevant information, but rather whether the priest penitent privilege applied to all of their communications; (3) omits critical documents and communications between the Parties which undercut the new arguments FDC raised in its response; (4) FDC omits, whether by design or by accident, the Plaintiff's medical condition when Ms. Monk visited her on August 24, 2019 (she was in a medically induced coma and on a ventilator), (5) and mischaracterizes Plaintiff's arguments to suggest that somehow a State Court overruled some argument that is currently being made by Plaintiff, which is simply inaccurate at best.

4.      The reply has already been drafted, is approximately 2100 words, and can be filed on the same day as the Court's Order granting leave to file the reply so as not to delay a ruling on this matter, to the extent the Court does in fact grant leave for such reply. Further, the reply requests a case management conference or hearing on this Motion, the Motion for Extension of Discovery Deadlines, and FDC's pending Motion for Stay so that the matters can be argued to the Court together as they are all somewhat interrelated due to FDC's Motion for Stay.

5.      Counsel for Plaintiff has conferred with counsel for FDC, who advised that FDC does not oppose Plaintiff's request for leave to file a Reply.

6. Plaintiff has demonstrated good cause for requesting leave to file a Reply based on the new arguments and issues raised in FDC's Response.

WHEREFORE, Plaintiff respectfully moves this Court for an Order granting Plaintiff leave to file a Reply in support of her Motion for Adverse Inferences.

[*Signatures on following page*]

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN: 0263680)
RYAN J. ANDREWS (FBN: 0104703)
JOHN M. VERNAGLIA (FBN: 1010637)
steve@andrewslaw.com
ryan@andrewslaw.com
john@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Rule 3.01(g) of the Local Rules of the Middle District of Florida, the undersigned has conferred in writing with counsel for Defendant FDC regarding this Motion, and reports that Defendant FDC does not oppose the relief requested herein.

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of June, 2020, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Ryan J. Andrews*
                                              RYAN J. ANDREWS