UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiffs,**

**v.**                                                                  CASE NO.: 5:19-cv-548-CEM-PRL

**THE FLORIDA DEPARTMENT OF
CORRECTIONS, KEITH TURNER,
and RYAN DIONNE,**

    **Defendants.**
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS KEITH TURNER AND RYAN DIONNE

YOU ARE HEREBY NOTIFIED that the Parties, by and through their respective counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of this action with prejudice against Defendants, Keith Turner and Ryan Dionne, with each party to bear their own fees and costs.

Respectfully Submitted on this 11th day of August, 2020.

[*Signatures on following page*]

 /s/ Ryan J. Andrews
Steven R. Andrews (FBN: 0263680)
Ryan J. Andrews (FBN: 0104703)
John M. Vernaglia (FBN: 1010637)
David A. Weisz (FBN: 1023229)
**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984
steve@andrewslaw.com
ryan@andrewslaw.com
john@andrewslaw.com
david@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiff*

**THOMPSON, CRAWFORD & SMILEY, P.A.**

/s/Thomas R. Thompson

THOMAS R. THOMPSON, ESQUIRE
Florida Bar No. 890596
tom@tcslawfirm.net
rebecca@tcslawfirm.net
Mallory R. Bennett, Esq.
Florida Bar No. 124039
mallory@tcslawfirm.net
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
*Attorneys for Defendant R. Dionne*

/s/ Robert B. Buchanan
Robert B. Buchanan (FBN: 0064300)
SIBONI & BUCHANAN, PLLC
Attorneys for Defendant Keith Turner
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
Tel: (352) 629-7441
Fax: (352) 629-7745
Primary E-mail: rbuchanan@sbtrial.com
Secondary E-mail: aperry@sbtrial.com
 *Counsel for Defendant Turner*

/s/ Juan C. Martinez
Juan C. Martinez
Florida Bar No. 009024
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Juan.martinez@gray-robinson.com
*Counsel for the Defendant FDC*