UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERYL WEIMAR,**

       **Plaintiff,**

**v.**                                  **Case No:  5:19-cv-548-Oc-41PRL**

**FLORIDA DEPARTMENT OF
CORRECTIONS, KEITH TURNER and
RYAN DIONNE,**

       **Defendants.**
_____/

### ORDER

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice as to Defendants Keith Turner and Ryan Dionne (Doc. 209). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to terminate Keith Turner and Ryan Dionne as Defendants in this case.

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record