# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CHERYL WEIMAR,**

    **Plaintiff,**

**v.**                                              **CASE NO.: 5:19-cv-548-CEM-PRL**

**THE FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FLORIDA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY NOTIFIED that the Parties, by and through their respective counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of this action with prejudice against Defendant, Florida Department of Corrections, with each party to bear their own fees and costs.

Respectfully Submitted on this 21st day of August, 2020.

[*Signatures on following page*]

| | |
|---|---|
| */s/ Ryan J. Andrews* | */s/ Juan C. Martinez* |
| Steven R. Andrews (FBN: 0263680) | Juan C. Martinez |
| Ryan J. Andrews (FBN: 0104703) | Florida Bar No. 009024 |
| John M. Vernaglia (FBN: 1010637) | GrayRobinson, P.A. |
| David A. Weisz (FBN: 1023229) | 333 S.E. 2nd Avenue, Suite 3200 |
| **ANDREWS LAW FIRM** | Miami, Florida 33131 |
| 822 North Monroe Street | Telephone: (305) 416-6880 |
| Tallahassee, Florida 32303 | Facsimile: (305) 416-6887 |
| T: (850) 681-6416 / F: 681-6984 | Juan.martinez@gray-robinson.com |
| steve@andrewslaw.com | *Counsel for the Defendant FDC* |
| ryan@andrewslaw.com | |
| john@andrewslaw.com | |
| david@andrewslaw.com | |
| service@andrewslaw.com | |
| *Counsel for Plaintiff* | |